IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL ALLEN STEWART                                                                                    PLAINTIFF

v.                                              Civil No. 4:23-CV-04105-SOH-CDC

CAPTAIN TRACEY SMITH, Little River
County Detention Center (LRCDC); JAIL
ADMINISTRATOR GINA BUTLER,
LRCDC; SHERIFF BOBBY WALRAVEN,
Little River County, Arkansas; and JAILER
MIKE BATEMAN, LRCDC,                                                                              DEFENDANTS

**ORDER**

Plaintiff Paul Allen Stewart, a prisoner, initiated the above-captioned civil rights action in this District on October 31, 2023. (ECF No. 1). He proceeds *pro se* and *in forma pauperis*. (ECF No. 3).

On November 2, 2023, after preservice review of the Complaint pursuant to 28 U.S.C. § 1915A(a), this Court ordered that the Defendants be served with the Complaint in accordance with 28 U.S.C. § 1915 by certified mail, return receipt requested at the addresses provided by Plaintiff. (ECF No. 6). Service was returned executed on Defendants Smith and Walraven on November 16, 2023, and on Defendant Butler on November 21, 2023. *See* (ECF Nos. 8-9). When service was returned unexecuted on Defendant Bateman, *see* (ECF No. 11), this Court ordered Defendants Smith, Butler, and Walraven to show cause why they should not be held in contempt for failing to provide the Court with Defendant Bateman's last known address, *see* (ECF No. 12). Upon receipt of the Defendants' show cause response, this Court ordered Defendant Bateman to be served with the Complaint at the address that had been provided under seal. (ECF

1

No. 14). Service at that address has since been returned, unexecuted, with no forwarding address. (ECF No. 16).

Although Plaintiff proceeds IFP, he is nevertheless responsible for providing proper addresses for service. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Accordingly, Plaintiff is **HEREBY ORDERED** to provide a service address for Defendant Bateman within 28 days of the date of this order, or by **FEBRUARY 8, 2024**, failing which Defendant Bateman may be dismissed from this action for lack of service pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 11th day of January, 2024.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE