IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL ALLEN STEWART                                                                           PLAINTIFF

v.                                            Case No. 4:23-cv-4105

CAPTAIN TRACEY SMITH, Little River
County Detention Center (LRCDC); JAIL
ADMINISTRATOR GINA BUTLER, LRCDC;
SHERIFF BOBBY WALRAVEN; Little Rock
County, Arkansas; and JAILER MIKE
BATEMAN, LRCDC                                                                              DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable

Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 22.  Judge Comstock recommends that Plaintiff's claims against Defendant Mike Bateman be

dismissed without prejudice because Plaintiff has failed to serve him within the time required by

Federal Rule of Civil Procedure 4(m).

Plaintiff has not responded to the R&R and the time to do so has passed.  *See* 28 U.S.C. §

636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's

reasoning is sound, the Court adopts the R&R (ECF No. 22) *in toto*.  Plaintiff's claims against

Defendant Mike Bateman are hereby **DISMISSED WITHOUT PREJUDICE**.  Defendant Mike

Bateman is hereby terminated as a party to this action.  Plaintiff's Motion to Dismiss (ECF No.

25) Defendant Mike Bateman is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 5th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge